# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

PENNSYLVANIA NATIONAL     )
MUTUAL CASUALTY INSURANCE  )
COMPANY,                   )
                           )
     **Plaintiff,**     )
                           )
v.                         )          **CV 06-B-0667-S**
                           )
SOUTHEASTERN ENVIRON-      )
MENTAL INFRASTRUCTURE LLC; )
LARRY RIVERS; DOSTER       )
CONSTRUCTION CO., INC.;    )
INTEGRAL DOSTER METRO      )
GARDENS CONSTRUCTION - A   )
JOINT VENTURE; INTEGRAL    )
BUILDING GROUP L.L.C.;     )
METROPOLITAN GARDENS       )
DEVELOPERS L.L.C.,         )
                           )
     **Defendants.**    )
_____    )
                           )
SOUTHEASTERN ENVIRON-      )
MENTAL INFRASTRUCTURE L.L.C., )
                           )
     **COUNTER CLAIMANT,**   )
                           )
v.                         )
                           )
PENNSYLVANIA NATIONAL      )
MUTUAL CASUALTY INSURANCE  )
COMPANY,                   )
                           )
     **COUNTER DEFENDANT,**  )
_____    )

| METROPOLITAN GARDENS | ) |
| DEVELOPERS L.L.C.; DOSTER | ) |
| CONSTRUCTION CO., INC.; | ) |
| INTEGRAL DOSTER METRO | ) |
| GARDENS CONSTRUCTION - A | ) |
| JOINT VENTURE; INTEGRAL | ) |
| BUILDING GROUP L.L.C., | ) |
| | ) |
| COUNTER CLAIMANTS, | ) |
| | ) |
| v. | ) |
| | ) |
| PENNSYLVANIA NATIONAL | ) |
| MUTUAL CASUALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| COUNTER DEFENDANT. | ) |

## <u>ORDER</u>

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that

1. The Motion for Summary Judgment filed by defendant Southeastern Environmental Infrastructure, L.L.C., (doc. 110), is **GRANTED IN PART** and **DENIED IN PART**. SEI's Motion is **GRANTED** on the ground that it is entitled to coverage under the umbrella policy. The remainder of SEI's Motion is **DENIED**.

SEI's counterclaims, except for its claim of breach the umbrella policy, are **DISMISSED WITH PREJUDICE**.

2. The Motion for Summary Judgment filed by defendant Larry Rivers, (doc. 112), is **GRANTED IN PART** and **DENIED IN PART**. River's Motion is **GRANTED** on the

grounds that the umbrella policy provides coverage for SEI and that the CGL policy provides coverage for the Joint Venture – defendants Doster Construction Co., Inc.; Integral Doster Metro Gardens Construction – a Joint Venture; Integral Building Group, L.l.c.; Metropolitan Gardens Developers. The remainder of Rivers Motion for Summary Judgment is **DENIED**.

3. The Motion for Summary Judgment filed by the Joint Venture, (doc. 115), is **GRANTED IN PART** and **DENIED IN PART**. The Joint Venture's Motion is **GRANTED** on the ground that it is covered under the CGL as an additional insured. The Joint Venture's Motion for Summary Judgment is **DENIED** as to its claims for coverage under the umbrella and CGL policy based on an "insured contract." To the extent the Joint Venture's breach of contract counterclaim is based on the "insured contract," such counterclaim is **DISMISSED**.

4. The Motion for Summary Judgment filed by Penn National, (doc. 118), is **GRANTED IN PART** and **DENIED IN PART**. Penn National's Motion is **GRANTED** on the ground that SEI was not entitled to coverage under the CGL, as to all of SEI's Counterclaims – except for coverage under the umbrella policy, and as to the Joint Venture's claims of coverage based on an insured contract. Its Motion is **DENIED** as to the Joint Venture's claim of coverage as an additional insured under the CGL and its claim of bad faith.

The court **DECLARES** Penn National has a duty to defend and indemnify the Joint Venture under the CGL policy, CL9 060 3924, and the court **DECLARES** Penn National has

a duty to indemnify SEI under the umbrella policy, UL9 060 3924.

   **DONE**, this the 31st day of March, 2008.


                                    _Sharon Lovelace Blackburn_
                                    SHARON  LOVELACE  BLACKBURN
                                    CHIEF UNITED STATES DISTRICT JUDGE