

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CV 06-B-0667-S |
| **SOUTHEASTERN ENVIRON- MENTAL INFRASTRUCTURE LLC; LARRY RIVERS; DOSTER CONSTRUCTION CO., INC.; INTEGRAL DOSTER METRO GARDENS CONSTRUCTION - A JOINT VENTURE; INTEGRAL BUILDING GROUP L.L.C.; METROPOLITAN GARDENS DEVELOPERS L.L.C.,** | ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** _____ | ) ) ) | |
| **SOUTHEASTERN ENVIRON- MENTAL INFRASTRUCTURE L.L.C.,** | ) ) ) ) | |
| **COUNTER CLAIMANT,** | ) ) | |
| v. | ) ) | |
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** | ) ) ) ) | |
| **COUNTER DEFENDANT,** _____ | ) | |

| METROPOLITAN GARDENS | ) |
| --- | --- |
| DEVELOPERS L.L.C.; DOSTER | ) |
| CONSTRUCTION CO., INC.; | ) |
| INTEGRAL DOSTER METRO | ) |
| GARDENS CONSTRUCTION - A | ) |
| JOINT VENTURE; INTEGRAL | ) |
| BUILDING GROUP L.L.C., | ) |
| | ) |
| COUNTER CLAIMANTS, | ) |
| | ) |
| v. | ) |
| | ) |
| PENNSYLVANIA NATIONAL | ) |
| MUTUAL CASUALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| COUNTER DEFENDANT. | ) |

## ORDER

This case is **SET** for a Status Conference at **3:00 p.m.** on **MAY 14, 2008**.

**DONE**, this the 31st day of March, 2008.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE